**Plaintiff's motion supporting the court's requirements of having a Separate Motion Requesting a Temporary Restraining Order and Or Preliminary Injunctive Relief. The plaintiff requests that the judge applies Temporary Restraining Order and Or Restraining Order and Or Preliminary Injunctive Relief where the Court is able throughout this motion as stated.**
**United States District Court Northern Georgia**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 29 2024

KEVIN P. WEIMER, Clerk
By: _____ Clerk

Case Number:

1:24-CV-0906

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810
770 354 5775
Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

**Jurisdiction: This court has jurisdiction over this matter because the Plaintiff has a place of business and or resides in Atlanta, GA, and most of the actions related to this complaint arose out of Atlanta, GA.**

**Other agencies acting on behalf of the USA acted to commit actions related to this complaint with the NGA and NRO separately, which is why Plaintiff presents this complaint in similar style against other agencies.**

Rodney Joiner of Huntsville,AL, Corey Posey Of Huntsville,AL, Timberla Lyle of Huntsville,AL, DCarlos Joiner Of Toney,AL, Rodney Joiner JR. of Huntsville,AL, Dominique Caudle of Huntsville,AL, Attorney Alexander Arca

of Marrietta,GA, Attorney Tanya Miller of Atlanta,GA and others acted for and on behalf of the Central Intelligence Agency to commit actions throughout and related to this complaint.

- David S Coleman of St Louis, MO acted and conspired to commit the actions throughout and related to this entire complaint on behalf of the National Geospatial-Intelligence Agency.

**Statutes: All statutes have been met because actions in this complaint have been ongoing nonstop.**

**The plaintiff demands a jury trial if the defendant contests this matter.**

**CIVIL RIGHTS, FREEDOM OF INFORMATION ACT VIOLATIONS AND WHISTLEBLOWER RETALIATION COMPLAINT**

**EMERGENCY COMPLAINT FOR DECLARATORY JUDGMENT, AND OR PRELIMINARY INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER,**

**EMERGENCY COMPLAINT FOR DECLARATORY JUDGMENT, AND OR PRELIMINARY INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER.**
**Although the DEA and the USA operate on behalf of the Department Of Justice and the defendants it committed actions of having the Plaintiff falsely arrested and convicted, the DEA and the USA committed the actions on behalf of, with, and because of the defendants.**

**This is why the Plaintiff states that the defendants are acting with the arresting and convicting entities throughout this complaint.**

This matter stems from the defendant's failure to prevent the Plaintiff from suffering from false arrest, convictions, and false imprisonment. All resulting in unreasonable search and seizures as set forth. As a result of the defendants, the Plaintiff was falsely arrested and convicted while suffering the defendant's unreasonable search and seizure by the defendant's actions. stated in and related to this complaint.

Additionally, all matters related to this complaint have been ongoing since the Plaintiff established an illegal criminal arrest history. However, the defendants acted in the Plaintiff being falsely arrested and convicted on 2-26-2023 and continues to prevent the Plaintiff from resolving the case and others throughout this complaint. The Plaintiff's primary concerns in this matter are to defend his criminal arrest history brought against him by and because of the defendants and to be awarded what's due and just in all regards to this matter as stated throughout this complaint. The plaintiff seeks con injunctive action to dismiss his criminal history to enable him to receive what's due and just throughout this complaint.

The defendant's actions as stated within this complaint are preventing the Plaintiff from defending himself in the criminal actions that he has because of the defendants. The Defendants acted in and conspired to Plaintiff's entire criminal history, including by allowing actions throughout this complaint and by committing acts of unreasonable search and seizures as set forth throughout this complaint. The defendant's actions are also preventing the Plaintiff from resolving or defending his criminal arrest history and criminal actions brought against him absent this motion because the defendant's collective actions have subjected the Plaintiff to financial hardship and actions throughout this complaint. <u>The defendants are committing actions throughout and related to this complaint because the Plaintiff has a criminal record that the defendants are responsible for and refuses to stop their actions absent of this motion.</u> Therefore the Plaintiff presents this motion to defend his criminal record.

Additionally, the Plaintiff seeks that courts and the defendants allow the Plaintiff to have no criminal arrest history and ignore that he ever had one because of the actions throughout this complaint and award him throughout this complaint in accordance.

Most actions throughout this complaint also stem from the Plaintiff knowing that he is due relief from the defendants for the actions outlined within this complaint, but has not been able to because the defendant's actions have subjected the Plaintiff to hardship and are preventing him from being able to afford legal representation.

**This case as outlined presents federal questions.**

**Plaintiff also seeks that each defendant answer the following:**
**Does the Plaintiffs statements throughout this complaint**
**support his requests in this complaint?**
**Did the Plaintiff fall victim to the Defendants acts of Whistleblower**
**Retaliation related to this complaint?**
**The Plaintiff brings this action under violations of the Civil Rights Act**
**and the United States Constitution**
Add the following to the Plaintiffs federal question requests: Did the defendants commit the actions stated throughout this complaint?
What actions did each defendant commit.

- **The plaintiff seeks that he and the defendants attempt to resolve this complaint through mediation, arbitration, and other methods of Alternative Dispute Resolutions before finalizing this dispute, because of the Plaintiff's lack of awareness, lack of legal representation, and lack of confidence that the requests within this complaint are in his best interests. However, the Plaintiff seeks that the defendants allow him the non-disclosure agreements or whatever is necessary to resolve this matter.**

- **<u>Plaintiff seeks that this matter be viewed by the defendants and the courts by this matter only as the Plaintiff trying to defend</u>**

**himself in criminal actions, and Plaintiff seeks that the defendants grant Plaintiff their leading cause of actions related to the matter, and what they are legally able in relation. The defendants has acted to and or agreed to allow this action to be presented in and ruled on in accordance.**

- The defendant's department head components posted that the defendant and the Plaintiff are required to attempt to resolve this matter through expedited Alternative Dispute Resolutions and mediation. Also, victims of whistleblower retaliation are eligible for expedited Alternative Dispute Resolutions with federal agencies.

  **In the Plaintiff's request for a restraining order, he seeks that the court order that the defendant stop and protect him from all violating his constitutional, civil, and human rights in Ex Parte**

1. **The Plaintiff also seeks that courts restrain the defendants from allowing the Plaintiff to have a criminal record and ignore it because the Plaintiff only has a criminal record because of the defendant's. (Facts are that the Plaintiff was suffering from acts throughout and related to this complaint in all of his arrests and convictions). The plaintiff prefers that the court and the defendants order that the Plaintiff has no criminal arrest history and never had one. Or whats due and just.**

## Nature of This Action

Since the Plaintiff was 16 he was an entrepreneur, he was a franchisee for ADT, DirecTV, and Sprint. He was also a successful real estate investor, owned car dealers, towing and transporting companies, web developing companies, and 150 plus profitable professional websites that consisted e-commerce, websites for his towing and transporting businesses, and other businesses the Plaintiff owned for decades. All of the Plaintiff's businesses had a strong internet presence and were successfully marketed by the Plaintiff's digital marketing companies. The Plaintiff

also owned nearly 1,500 domain registrations. The Plaintiff's towing and transporting businesses were the most innovative and used company in the entire metro Atlanta area. The Plaintiff's towing and transporting businesses provided services to national automakers and the nation's top insurance companies, including State Farm, Geico, Allstate, and others. The Plaintiff had a foolproof plan to expand this business nationally.  The plaintiff generated on average $20,000 plus a week in salary as an employee from these businesses collectively and would have increased his income into millions weekly before the defendants started to commit and or allow actions that destroyed and continue to destroy the Plaintiff's businesses and opportunities. As a real estate investor, Plaintiff purchased foreclosed homes, renovated them, and sold them for profit. The plaintiff also purchased land and developed residential communities. The Plaintiff had a strong relationship with his family, who all looked at him as a role model; the Plaintiff's family also looked to him for financial assistance and support in their affairs. Defendant's actions destroyed and continues to destroy every aspect of Plaintiff's life, including his reputation and all of his relationships.

Plaintiff Allen Okechukwu Caudle respectfully requests that this court issue a Declaratory judgment, Temporary Restraining Order, and where possible in relation to the Plaintiff's abilities in this court and in his best interest the Plaintiff requests an Injunction.

### Jurisdiction and Venue

1. This is a civil action whereby Allen Okechukwu Caudle seeks a Declaratory and or preliminary injunctive and or co-injunctive and a restraining enjoining the Defendants and any that could, have or are acting in active concert and with Notice thereof (hereinafter) with the Defendants to violate the Plaintiff's rights provided by constitutional, civil rights, Freedom Of Information Act, Servicemember Civil Relief Act and other laws that protect against the defendants actions.

2. This court has the authority to grant the Plaintiff's requests for relief for an attorney to represent him in this matter according to the applicable laws because if the defendants had not violated or weren't

violating the Plaintiff's client-attorney rights he would have had the representations necessary to present this matter sooner.

3. Under the applicable laws including the Service Member Relief Act this court is authorized to grant the Plaintiff declaratory judgment, and or preliminary injunctive and temporary restraining order and relief where possible without dismissing this entire motion and in the best interest of the Plaintiff Injunctions. The plaintiff seeks that the court order the defendants to restrain from and stop acts stated within this complaint, in exparte where applicable and where the court legally.

**Parties**

1. Allen Okechukwu Caudle 3214 Rosedale Dr NW Huntsville, AL 35810
is a naturalized-born citizen of the United States Of America.

2. **Defendants, Central Intelligence Agency and its head Director and William Burns 1155 21st Street NW., Washington, DC 20581,** and all that previously, currently, and could act with, in concert, on its behalf whether directly or indirectly, and in connection with this complaint at any time (s). The CIA operates the behalf of the USA, Department Of Defense, and the ODNI going this court jurisdiction to grant the Plaintiff his requests.

3. National Geospatial Intelligence Agency Vice Admiral and Director in his official capacity MS N73 7500 GEOINT Drive Springfield, VA 22150 and all that previously, currently, and could act with, in concert, on its behalf whether directly or indirectly, and in connection with this complaint at any time(s).

4. Defendant: National Reconnaissance Office=NRO and its head Director and Chris Scolese 14675 Lee Road Chantilly, VA 20151-1715 and all that has, could, and is acting in concert with the NRO and the defendants. The NRO provides the defendants the services that defendants are using to commit acts within and related to this entire action. Additionally, the NRO acted to deny the Plaintiff equal rights to protection in relation to action with, on behalf of, and because of the USA.

**General Allegations**

**The defendants actions within this complaint are in violation of the Servicemember Civil Relief Act in the Plaintiffs regards. In addition to other laws and rules this law protects the Plaintiffs requests throughout this complaint.**

The defendants acted with the USA in the Plaintiff being falsely arrested and convicted on multiple occasions, including on 2-26-2023 out of acts of retaliation and frustration because the Plaintiff has failed to file this motion timely.

Most actions were dismissed, however, some resulted in the Plaintiff being falsely convicted, although the Plaintiff was suffering from acts throughout this complaint, acts of unreasonable search and seizures, and other acts that are and were violating the Plaintiff's constitutional, civil, and human rights.

- **The Plaintiff contacted the defendants repeatedly for assistance regarding this entire matter but the defendants continued to fail to respond. The defendants have also acted in phone numbers being listed that are out of service on websites and continue to fail to answer the plaintiff's phone calls in acts of denying the Plaintiff equal rights to protection of the law, intentionally discriminating against the Plaintiff, and making their present and involvement in this matter.**
- Please note that this is an impartial list of the arrests and convictions that the defendants are responsible for.
- The plaintiff contacted the defendants repeatedly to get assistance from all acts throughout this

complaint but was formally made aware that the defendants are responsible for the actions throughout this complaint because of its leading cause of actions concerning this matter. The Plaintiff seeks that the defendants provide the Plaintiff records and discoveries of the defendant's leading cause of actions regarding the Plaintiff and this matter. The Plaintiff presents requests using the actions the defendants committed in relation to this matter because the defendant's actions led to the Plaintiff being enjoined from filing complaints in court. Please note that the defendants collectively failed and continue to fail to provide Plaintiff equal protection of his rights and law from actions throughout this complaint. The defendants are collectively violating the Plaintiff's rights in all regards to this complaint and their leading cause of actions which are and have been ongoing nonstop. **The facts are that the Plaintiff would not have and should not have a criminal history, because he wouldn't if the defendants were offering him equal protection of the law and wouldn't if weren't because of the defendant's direct actions. The USA and defendants had the arresting and convicting entities act to falsely arrest and convict the Plaintiff as set forth. The defendants should and could have prevented the Plaintiff from being falsely arrested and convicted. Plaintiff seeks that the defendants provide him records and or discoveries of their leading cause of actions in his entire criminal history including those that aren't listed and all related to the defendants leading cause of actions in relation to Plaintiff. The plaintiff makes this request supported by the fact that**

**the defendants are committing and allowing
actions throughout this complaint in relation.
The Plaintiff has the names of individuals who
worked with the defendants to commit actions
throughout and related to this complaint
because the defendants have made their actions
openly known and formal to the Plaintiff.
Additionally, since the listed dates the
defendants have committed actions throughout
this complaint and continue to prevent the
Plaintiff from defending himself in the criminal
actions brought against him as set forth.**

1. On 2-26-2023 the USA of behalf of and because of the defendants the Huntsville Police Department arrested the Plaintiff out of intentional acts of retaliation, and discrimination. This arrest was for the Plaintiff being illegally trespassed for using the Pool and gym areas within his apartment community where he had a lease. This was an act to intentionally violate the Plaintiff's Fair Housing Rights also. (This illegal transporting trespassing case was of course dismissed, but resulted in the Plaintiff being illegally evicted).

However, this arrest did result in the Plaintiff criminal record being negatively affected and continues to affect the Plaintiff equal employment opportunity rights and cause him injuries stated throughout this complaint. **The matter remains unresolved and because of the defendants, the Plaintiff hasn't been able to resolve this matter, because the defendants are preventing the Plaintiff from doing so.**

2. The Plaintiff contacted the Defendants and the USA before he was convicted and arrested on the charges in this complaint. Still, the defendants failed to assist the Plaintiff in this matter.

The defendants aided in all the injuries the Plaintiff suffered in this complaint.

The defendants also aided in the Plaintiff's suffering from similar injuries in the counties and cities which are the City of Huntsville, Madison County, and Overton County falsely arresting him and extraditing him in this complaint, matter, and while this entire legal dispute was ongoing.

The Plaintiff seeks that the defendants refrain from disallowing him a resolution in this matter through Alternative dispute resolution channels, request for discoveries of their involvement in this matter, and all that involves the Plaintiff's complaints being ignored (including why), the legal resolution to this matter and their leading cause of actions and all he request throughout this complaint.

The Plaintiff made contact with the defendants and the USA before he was convicted on the charges and is certain that they failed to provide him equal rights to protection of the law concerning Whistleblower Retaliation.

3. Because of the defendants the Sandy Springs Police Department, the City Of Sandy Springs, the City Of Smyrna, The Atlanta Police Department, the City Of Alpharetta, City Of Atlanta, acted wilfully and Intentionally illegally impounded the Plaintiff 2010 Roll Royce illegally and falsely arrested him knowing that it was not providing him equal rights to protection of the law. The Atlanta Police Department has failed to give the Plaintiff this back. The Plaintiff was falsely arrested twice in this case and claim.

   (Please note that all in this claim and others took place during the defendant's actions throughout this complaint, although the Plaintiff case in claim 2 resulted in him being arrested for failure to appear the law enforcement agencies within this claim.

As stated in this complaint the Plaintiff was falsely arrested twice, once by the APD and the first time by the Sandy Springs Police Department. In the Plaintiff's first arrest, the Sandy Springs Police intentionally and wilfully profiled, harassed, and discriminated against the Plaintiff. The Sandy Springs Police Department without probable cause pulled up on the Plaintiff after he walked out of the Hyatt Hotel in the City of Sandy Springs when the officers shined their strobe light in his face as he walked out of the door. The Plaintiff had evidence in his hand that proved that he was a guest of the hotel. But the Sandy Springs Police Department arrested him on charges of loitering prowling and misrepresentation although the Plaintiff invoked his 5th amendment right to remain silent after asking them if they were going to read me Miranda rights and the office said no.

The officers displayed an act of racism and disregarded the fact that it knew that Plaintiff was a guest of the hotel because they had intentionally stalked the Plaintiff and seen his hotel keys in his hand and it was placed in the Plaintiff's property when the officer of SSPD took the Plaintiff to the jail. While illegally transporting the Plaintiff to the jail which is of course not a jail the arresting officer drove recklessly to intentionally startle and or cause the Plaintiff injuries.

The Sandy Springs Police Department on behalf of the City of Sandy Springs set the Plaintiff's bail at $5,000 although the jail officers made statements that the charges don't normally consist of arrests and that most people are fined unless caught committing the act repeatedly and that the average bail amount on the false charges is normally only $500 which has been confirmed.

- This arrest was 1 of 2 arrests by and or because of the City of Sandy Springs, Sandy Springs Police Department's initial acts of falsely arresting the Plaintiff.
  The Atlanta Police Department arrested the Plaintiff in the second arrest on a warrant that the City of Sandy Springs put on the plaintiff illegally. The Atlanta Police Department stopped at its precinct and then transported the Plaintiff to the Alpharetta City Jail.  Case

numbers (92018013596, 2017014066 with Sandy Springs
Departments)

The Sandy Springs Police Department, the city of Sandy Springs
Alpharetta City, the City Of Atlanta, and Atlanta Police Department, City
Smyrna, Smyrna Police discriminated against the Plaintiff by taking him to
the City of Smyrna Jail although they were aware their acts were not
illegally unconstitutional, discriminative, intentional, wilful acts, harassment,
police corruption and false imprisonment for the second time.

During the Plaintiff's second arrest (92018013596, 2017014066) the
Smyrna City Jail transported the to court which was held In the City Of
Sandy Springs Municipal Court, and judge on behalf of the city of Sandy
Springs and the Sandy Springs Police Department also imposed excessive
bail of $4000 cash bail on these charges that should have much lower..
This case remains open and the Plaintiff can't get any information about
this case as has been 6 years. These actions occurred in both arrests.

When the plaintiff was arrested by the City of Atlanta and the Atlanta Police
Department on these false charges he was suffering from the defendant's
failure to investigate the Plaintiff's reports of not being provided with equal
protection of his rights,  theft of his property, vehicles, and identity theft.. In
addition, the APD unreasonable search and seizure of his Rolls Royce and
refused to return it. The Atlanta Police Department also failed to investigate
the theft of his 2008 Audi A8 prior to the APD Investigating and falsely
arresting in relation to his false convictions and actions in claim 2.

Plaintiff has been trying to get the cases involving the City Of Sandy
Springs and its police department resolved since 2016 but the Defendants
have failed to allow Plaintiff access to the case. Every time the Plaintiff calls
about the case the Sandy Springs Police Department and the City of Sandy
Springs either do not answer the phone or tell him that they could not find
the case.. This case is still open because it involved intentional violations of
the plaintiff's rights to equal protection of the law.

All actions are against laws in pursuant and are violations of the United States Constitution, laws that protect against excessive ball, due process of the laws, rights to a speedy trial, and laws that protect against discrimination and the civil rights of an institutionalized person.

The defendants also caused the Plaintiff to lose wages and emotional distress, to suffer from acts of torture, addition to the loss of wages, loss of transportation, affected the Plaintiff's mobility, and continue to defame his character and have a negative effect on his relationship with others.

> While in jail on both arrest and continuously after his release the Plaintiff suffered from continuous traumatic distress, confusion, anxiety, loss of wages, emotional distress, and damages to his reputation and is aiding in he and his children lacking basic necessities. This is also because the defendants are preventing the Plaintiff from receiving the $9000 in bail that he posted.

> - Around the same time of this false arrest, the Sandy Springs Police Department failed to adequately investigate that everything the Plaintiff owned was stolen by scam movers. All of the plaintiff's belongings were high. The defendant's and the City of Sandy Springs's negligence resulted in the Plaintiff losing an entire home of high-end furniture, electronics, money, jewelry, ALL of his designer clothing, shows, and priceless items valued at over $1,000,000. The thieves also took the Plaintiff's business property that he used to run his businesses, blueprints, flash drives,  and other irreplaceable items.

> The Plaintiff has to live in a hotel for nearly a year because of Sandy Springs's negligence in not investigating the theft of his property.

> The Plaintiff has never recovered from the thefts that occurred in Sandy Springs, he suffers from extreme depression, freedom of expression violations because of theft of his designed clothes and shoes, continuously defamed character, loss of relationships,

homelessness, starvation, discrimination, violations to my equal opportunity rights, employment, business opportunities and will suffer PTSD from these horrific acts forever.

The vehicle that was impounded was never recovered and has a then value of approximately $150,000, this prevented the Plaintiff from getting to business meetings, work, church, visiting family, and doing other things.

**(Additionally, the Plaintiff was transported to the City of Alpharetta Jail in his first arrest in this matter by the Sandy Springs Police Department in this case which is not a jail that the City of Sandy Springs uses. And in his second arrest, he was transported to the city of Smyrna Jail. The defendants committed these actions to make their involvement in this matter known to the Plaintiff.)**
**This case is still open but the defendants are preventing the Plaintiff from resolving this case.** The Defendants acted in or conspired to all actions within this complaint and claim. Defendant's actions and or negligence consisted of Plaintiff losing and suffering from all throughout this complaint and claim

4. Because of the defendants the State Of Alabama, Madison County, Madison Sheriff's Department, Huntsville Police Department, and City Of Huntsville

While not being provided equal protection of his rights in (Case Number 218HS08013) and (11130803) The Plaintiff was falsely arrested by the Huntsville Police Department for harassing communications.

Before this false arrest, the Plaintiff made contact with the defendants and made them aware that he was being targeted by arrest but the defendants failed to act.
The Plaintiff was arrested twice on this charge.
In both arrests, while the Plaintiff was in jail on these charges he suffered from traumatic distress,

confusion, and panic attacks, which all violated his rights as an institutionalized person.

The defendant's actions continued to defame the plaintiff's character, this also caused the Plaintiff to lose wages, adding to the traumatic depression, emotional distress, confusion, and fear that he suffers from.
The defendant's actions in this claim aided in and conspired to all actions throughout this complaint. This case was, of course, dismissed.

This is a violation of laws that protect against discrimination, civil equality, equal rights to protection, and the United States Constitution. The Defendants failed to protect the Plaintiff from this action. The defendants are responsible for the Plaintiff being arrested on this claim.

5. Additionally concerning and because of the defendants and this matter, the Plaintiff has been suffering from unusual harassment and phone calls and realized that his calls were showing that they weren't being sent and that his calls were, and are being forwarded.
The Plaintiff contacted the defendants repeatedly to report that his civil liberties were being affected by harassing communications and the issues stated throughout this complaint.
However, the defendant has failed to respond to any of the Plaintiff's complaints or requests for assistance.

The Plaintiff has contacted the defendants on dozens of occasions but the defendant has failed to respond to any of the Plaintiff's complaints. The Plaintiff continues to contact the defendant to this day but the defendant has yet to respond.

These actions were and are recurring while, during, and after the Plaintiff was arrested, convicted, and released on charges stated within this complaint.

Which continues to result in the Plaintiff suffering from harassment and disturbing calls, violations of his privacy and unreasonable search and seizures of his rights to peaceful assemble because the Plaintiff feels that his conversations are being recorded preventing him from having the conversations that he chooses. This is also a violation of his right to free speech.

Plaintiff lists these statements because Plaintiff is certain that these actions are related to his false arrests, convictions, imprisonment, and the defendant's actions.

6. The CIA's actions have and continue to prevent Plaintiff from making requests for information regarding its actions using the Freedom Of Information Act processes. The CIA is also acting to discriminate against Plaintiff in all regards to Plaintiff's attempt and request information through the Freedom Of Infomation Act and other methods Plaintiff has attempted to gain information from the CIA regarding this matter.

A. The CIA acted and continues to act in the Plaintiff not being able to file requests for information.

B. On multiple occasions, the CIA acted on information being posted that conflicted with the laws and rules that regulate the Freedom Of Information Act.

C. This occurrs when Plaintiff visits tthe defendant's websites and other sites where the defendant act to cyber-stalk Plaintiff.

7.     The NGA's actions have and continue to prevent Plaintiff from making requests for information regarding its actions using the Freedom Of Information Act processes. The NRO and NGA is also acting to discriminate against Plaintiff in all regards to Plaintiff's attempt and request information through the Freedom Of Infomation Act and other methods Plaintiff has attempted to gain information from the NGA regarding this matter.

D. The NGA and NRO acted and continues to act in the Plaintiff not being able to file requests for information.

E. On multiple occasions, the NGA and NRO is also acting in information being posted that conflicted with the laws and rules that regulate the Freedom Of Information Act.

- The defendants are collectively and individually discriminating against Plaintiff in regard to the Freedom of Information Act and are preventing the Plaintiff from making requests to get information on why the defendants are committing the actions within this complaint, and are ignoring requests the Plaintiff submits. However, the defendants have acted in responses being sent to the Plaintiff in acts of intentionally violating the Freedom Of Information Act.

**The defendants are collectively and individually discriminating against the Plaintiff in regard to the Freedom of Information Act and are preventing the Plaintiff from making requests to get information on why the defendants are committing the actions within this complaint, and are ignoring requests the Plaintiff submits. However, the defendants have responding some of the Plaintiff's requests by committing actions to intentionally violate the Freedom Of Information Act. The defendants are acting to violate laws and the Plaintiff's rights in regard to the Freedom Of Information Act by committing the same or very**

**similar actions which are why the Plaintiff lists claims against the defendants in the same or similar styles.**

7.  Plaintiff discovered that the NGA, and the CIA are committing the following acts and is failing to prevent Plaintiff from them in relation to his criminal record. The defendant are committing acts of cyber-stalking, wiretapping and committing issues that he was having with harassing communications, phone calls, messages, and records as stated throughout this complaint. Additionally, the CIA, and the NGA are using and or allowing other methods to attack the Plaintiff with harassing communications as it has in every action throughout this complaint.

    These actions are possible the reason why the Plaintiff is unable to resolve the criminal cases brought againtst him. This includes the defendants acting in the Plaintiffs calls and web searches being redirected.

The Plaintiff is certain that he's suffering from stalking, harassing communications, unwanted phone calls, and messages because of the defendant's actions and negligence. This also includes wiretaps, the redirecting of his calls, text, and voice messages. The defendant's actions also continue to result in the plaintiff's calls dropping regularly, disturbing static, and abnormal sounds resulting in unbearable disturbances and the Plaintiff's conversations being cut short. The Plaintiff also relized that his phone records contained alpha numeric characters instead of the phone numbers that he place calls and text to. The defendant's actions are affecting the Plaintiff's abilities to exercise his constitutional, civil, and human rights, this includes all methods the defendant has and allowed to be used concerning this matter to cause the Plaintiff violations to his civil liberties and injuries he states he's suffering from throughout this complaint.

As stated the defendant's collective actions have been ongoing nonstop and the Plaintiff has tried to resolve this dispute

regularly. Defendants' actions continue to cause Plaintiff 24/7
emotional distress, depression, loss of opportunities, confusion,
fear, defamation of his character, traumatic brain injuries,
continue to destroy Plaintiff's life, and all other injuries he states
he is and has suffered as listed.

The defendant's actions have resulted in Plaintiff losing clients
and income eventually resulting in Plaintiff's homelessness,
causing Plaintiff to lose his cars and more as listed below. The
Plaintiff is suffering from severe, violation of his rights,
damages, and injuries stated throughout this complaint because
it took the Plaintiff a while to discover that the defendant is
involved in this matter.
All stated within this claim, complaint and all others relate to the
defendants acting in criminal charges being brought against the
Plaintiff.
The Plaintiff lists this statement of claim because the
defendants committed and or allowed these actions during,
after, and before the Plaintiff's release, and convictions on
charges throughout this complaint and those that aren't listed,
and the Plaintiff is certain that this claim and all others relate to
the defendants acting in and or being responsible for criminal
charges being brought against him. Additionally, the defendants
are committing these actions and others without search
warrants and were committing these actions before, after and
during the process of the listed criminal actions.

While suffering from actions throughout this complaint including
the unreasonable search and seizures and violations of his
constitutional and civil rights and other rights the Plaintiff was
falsely arrested and convicted on charges as stated throughout
this complaint and the defendants are preventing the Plaintiff
from resolving or defending himself in any of the criminal
matters. Plaintiff continues and continues to suffer from the acts

throughout this complaint, before, during, and after the resolution of all criminal actions brought against him.

A. If the defendants weren't committing actions stated within this complaint the Plaintiff wouldn't have suffered arrests and would have been able to defend himself properly if the defendants had not and weren't committing actions that resulted in the Plaintiff's hardship including financial and the losses of his income.

B. The defendant's actions related to this complaint resulted in the criminal actions listed being brought against the Plaintiff.

C. The plaintiff seeks that his criminal record be deleted, dismissed, and not made available to any who can use it against the Plaintiff negatively. Including Public Records, National Security Checks, and those related and similar, including criminal investigation systems search engines, etc, and that nothing involving this entire action can be used to prevent the Plaintiff from being granted his requests throughout this complaint. Any issues that could arise that could negatively impact the Plaintiff resolving this matter and being granted the requests he seeks, stem from the defendant allowing, conspiring to, or committing illegal acts. The defendant's actions related to this complaint resulted in criminal actions or any in relation being brought against him the Plaintiff.

17. The defendants agreed to allow this matter to be attempted to be resolved during Alternative Dispute Resolutions.

18. All in relation to the criminal record that the defendants acted to bring against the Plaintiff, literally every defendant acted to and is acting to discriminate against the Plaintiff concerning security

clearances with the defendant all in relation to why the defendants are committing actions throughout this complaint, including the defendants acting to commit and allow methods of harassing communication, that has completely deprived the Plaintiff of his constitutional, civil and human rights. The defendants are committing and allowing these actions in relation to the Plaintiff having a criminal record, and other actions throughout this complaint, and so that the Plaintiff will present this motion in an attempt to defend himself in accordance with the judge's order. Additionally, the defendants acted to discriminate against the Plaintiff in regards to top secret security clearances, by using methods of cyber-stalking to change the way websites work and by posting information on each of the defendant's websites to intentionally target to discriminate against the Plaintiff based on his race, national origin, age and more. The defendants also acted to discriminate against the Plaintiff during his application processes for security clearances. The defendants on behalf of themselves also committed and continue to commit other acts of discriminating against the Plaintiff in regard to security clearances. These actions continue to occur by each defendant. The plaintiff has withheld some details because of the sensitive nature of the defendant's actions.

19. All in relation to the criminal record that the defendants acted to bring against the Plaintiff, the defendants acted and are acting in the Plaintiff being forced by illegal coercion and bullying to sign non-disclosure agreements regarding receiving classified information concerning this matter. This occurred well before the Plaintiff began to suffer from the actions throughout this complaint by the

defendants. The defendants continue to attempt these actions through their acts of harassment and cyber-stalking.

The plaintiff seeks that nothing involving non-disclosure agreements affects the Plaintiff's requests throughout this complaint. This with all other actions and statements throughout this complaint continues to prevent the Plaintiff from defending himself in criminal actions being brought against him, including the defendant's actions and cases that aren't listed.

This occurred while the Plaintiff was suffering from actions throughout this complaint. The Plaintiff lists this action because he isn't certain if this relates to the Plaintiff being falsely arrested and convicted by the defendants although this has been ongoing since before the plaintiff's arrests and convictions throughout this complaint. (Plaintiff has discovered that the defendant has acted in the Plaintiff not being provided with equal rights to protection of the law his entire life).

20. The Plaintiff has not listed certain information due to the sensitivity of this matter, however, the defendants are committing and are responsible for acts of threatening to falsely arrest and convict the Plaintiff again and again if he doesn't file this complaint or act the way the defendants want. The defendant's actions also consist of threatening the Plaintiff's life through undisclosed methods.

21. Again the Plaintiff contacted the defendants on dozens of occasions to get protection from the actions throughout this complaint but the defendants have failed to protect the Plaintiff from the actions outlined throughout this complaint which have resulted in the Plaintiff suffering from actions throughout this complaint.

22. The was Plaintiff ordered to pay child support for his child. The judge ordered the Plaintiff to pay child support for his child or that he would suffer criminal penalties. However, the defendants have acted in the Plaintiff being prevented from accessing his child support portals and have been doing so for a while. The Plaintiff has been trying to gather information in

this case, however, the defendants are preventing the Plaintiff from acessing the case to find out why these actions are taking Place. This case also consisted of an order that allowed the Plaintiff visitation rights for his child.

This action is ongoing and the defendant's actions are collectively preventing the Plaintiff from seeing his child and have ruined the plaintiff's relationships with his child and his child's mother. The Plaintiff isn't certain of what going on with this situation and is afraid that he will suffer criminal penalties if he is able to follow the judge and court order in this matter. The Plaintiff was arrested on 3 occasions for failing to pay child support in this matter before the case was dismissed. The Plaintiff was extradited and arrested in the cases related to the State Of Georgia, Limestone County listed in this complaint, and others in this matter and fears that this will happen again.

23. All in relation to the criminal record that the defendants acted in being brought against the Plaintiff. Each defendant is committing and allowing methods of stalking and harassing the Plaintiff. Along with other methods that the Plaintiff has discovered, he has also discovered by the defendants and professionals that whenever the Plaintiff surfs the internet each defendant's name and information appear regularly, although it has been identified that the defendant's information should not show in the Plaintiff's search results. This has been ongoing for a while. Additionally, Plaintiff's phones, computer software, and internet connections consist of the software the defendants uploaded and are using to track Plaintiff, change his search results, and make Plaintiff aware of each defendant's involvement in this matter. The defendants also continue to make statements and references to the Plaintiff's criminal history, security clearances, and others related to this matter.

The defendants have been very concise about their involvement in this matter in many ways, including by making statements and posting targeting the Plaintiff whenever he visits the websites of each defendant. The Plaintiff believes this matter stems from the defendants exposing him to sensitive information that requires protection.

24. All in relation to the criminal record that Plaintiff noticed that whenever he attempts to inquire about contracts using sam.gov, the defendants very noticeably continue to act to prevent Plaintiff from successfully creating accounts and are preventing Plaintiff from successfully bidding on contracts. The Plaintiff has used every resource available to him to try to overcome the defendant's actions however for a very extended period of time has not been successful in resolving this matter whatsoever. However, all has been confirmed that it's not to any fault of the Plaintiff, that he can't successfully register nor bid on any contracts. This includes the defendants acting to prevent the Plaintiff from receiving cage codes and information from the DLA that he needs to successfully register to bid on contracts with the defendants and other federal agencies.

The defendants have made and continue to make it openly known that they are committing, allowing, and conspiring to the actions throughout this complaint because of the Plaintiff's criminal history. This is why the Plaintiff files this action in an affidavit under perjury and penalties. Additionally, all actions within this complaint are aiding in the Plaintiff being unable to defend criminal actions that the defendants have acted in being brought against him. Through undisclosed methods and cyber attacks the defendants are responsible for the Plaintiff being continuously threatened to be killed, phyically harmed, and false imprisonmed for no legal reason, and without probable cause, as they have already done in other actions, if he doesnt file this complaint. The defendant's actions and negligence continue to cause the Plaintiff to be insecure in his home, person, and papers. Which are unreasonable search and seizing of the Plaintiff's residences and other civil liberties.

26. The NRO acted with the defendants in every action within this complaint. Including the defendant's acts of harassing communications.

- The NRO also acted with the defendants to discriminate against him in regard to security clearances and non-disclosure agreements. This occurred with the defendant's actions as stated within this complaint.

- The NRO is responsible for the services and equipment that the defendants used and are using to cause Plaintiff harm and deprive him of his constitutional, civil, and human rights.
- The Plaintiff has made and continues to make repeated complaints about the NRO's actions and the defendant's actions in this complaint but the NRO continues to ignore all of the Plaintiff's complaints, including those that he has made and is making to its Inspector General and the copies of this complaint that the Plaintiff sent to the NRO.
- The NRO has openly made the Plaintiff aware of its involvement in the defendants actions within and related to this complaint, by committing, conspiring to, and allowing methods of cyberstalking and other methods of harassment with the other defendants and others.
- The NRO has also acted with the other defendants to commit acts of preventing the Plaintiff from submitting Freedom Of Information requests and has acted with the other defendants to violate the Freedom Of Information Act as stated within this complaint.
- The NRO aided in and continues to aid in all the injuries the Plaintiff suffered and is suffering from throughout and related to this complaint. This includes the actions the Plaintiff has stated that the NRO committed and allowed.
- The plaintiff seeks that the NRO be ordered to stop and prevent all direct targeting to violate and deprive him of his constitutional, civil, human, and other rights. Including all acts of harassing communications.
- The plaintiff seeks that NRO provides the Plaintiffs with unredacted discoveries and records of all that

acted in the leading cause of its actions and the other defendant's actions and of those that acted with each of the defendants. The plaintiff also makes this request because the defendants are a part of the NRO programs, the NRO provides the defendants with their signals and data in relation to this matter. Plaintiff seeks that his requests for unredacted discoveries, records, and non-disclosure agreements from the other defendants be supported by the NRO.

27. **The Defendants acted to violate the Plaintiff's Client attorney privileges in all listed and unlisted criminal actions brought against him by using and or being responsible for United States Attorneys and or the Defendant's attorneys representing the Plaintiff in criminal cases brought against him without his consent and knowledge. The Defendants also violated the Plaintiff's client-attorney rights by intentionally subjecting the Plaintiff to financial hardship, preventing him from being able to afford an attorney, and by cyberstalking and wiretapping his phones all resulting in the Plaintiff not being able to obtain an attorney in private, confidence and whatsoever.**

**Additionally, the defendants are committing acts to prevent the Plaintiff from obtaining an attorney to assist in this matter and criminal actions brought against him.**

- **Additionally, because of the defendants attorneys on behalf of the USA, defendants and or because of the defendants acted to give Plaintiff legal advice in this matter to intentionally violate Plaintiff's client-attorney rights and to waive the defendant's legal rights in disputing this action.**

**This further supports the Plaintiff's allegations that the defendants acted in his entire criminal history and in criminal actions being brought against him, including those that aren't listed. Additionally, this supports the Plaintiff's statements that the defendants are preventing**

**the Plaintiff from defending himself in the criminal actions brought against him.**

**Additionally, because of the defendants every attorney that the Plaintiff contacts expresses a conflict of interest. Because of the defendants a local Attorney within the US States District Court Of Northern Alabama and Middle District Tennessee gave the Plaintiff legal advice that affected the Plaintiff rights in proceeding in this matter. Plaintiff believes that this is because the defendants are afraid of what the Plaintiff might expose to the wrong attorney.**

28. The defendants acted in funds being placed into the Plaintiffs bank account but continued to use tactics related to this entire complaint to threaten and force the Plaintiff to request this sum so that he is able to proceed in this case with confidence.

- As stated throughout this complaint the defendant's actions have resulted in the Plaintiff suffering from personal injuries. Additionally, the CIA, and NGA acted in or placed $2,000,000 in the Plaintiffs PNC bank and took it being takenfrom the Plaintiff's bank account. These actions occurred without a legal warrant.

The plaintiff seeks that CIA, and NGA each award him $400,000 the Plaintiff requests that the court order the defendants to restrain from depriving him of his constitutional, civil, human, and other rights. Including rights to not be homeless, and to lack necessities and healthcare by the defendant's actions to support this request. Or Whats due and just without dismissing this entire action or other request.

29. The Plaintiff seeks the same relief and protection from the CIA that he does from the other defendants throughout this complaint.

The NRO, NGA, and CIA acted unreasonable search and seize the following properties and others from the Plaintiff:

1435 Balch Road Madison,AL 35757
1700 Balch Road Madison,l 35757
6941 Highway 72 Huntsville,AL 35806

335 Culbertson Drive Huntsville,AL 35806
6854 Governors W NW Huntsville,AL 35801
2150 Hughes Road Madison,AL 35758
85 Shorter Street Madison,AL 35758
This includes the defendants acted to not
provide the Plaintiff equal protection of the
law, committing, conspiring to and or allowing
the other actions throughout this complaint
which resulted in the change of use of the
listed properties and others. This included the
defendants acts that led to the Plaintiff being
illegally evicted and violating the
Servicemember Civil Relief Act and by the
defendants actions causing the Plaintiff to not
feel secure in his home, paper or person.

- Because the defendants are aware of all
  properties that they unreasonable
  search and seized from the Plaintiff the
  Plaintiff seeks that the defendants
  provide him with unredacted records
  and discoveries of the property that they
  unreasonably and illegally searched and
  seized. Including money, real estate,
  and non real estate property.

  30. The defendants are acting to
  threaten that if this order is granted the
  defendants will continue to commit acts
  within this complaint and or allow the
  National Security Agency, Defense
  Intelligence Agency, National
  Reconnaissance Office, and Drug
  Enforcement Administration who are
  acting jointly with the Defendants to
  commit actions within this complaint.
  The defendants are also acting to

threaten that other government
components will commit the actions that
they are committing.
31. Other federal agencies and US
components acted in the defendants
leading cause of actions.

1. The CIA, NRO, and the NGA acted to legally default on lawsuits that
   Plaintiff filed against them. Therefore, the defendants do not have
   legal rights to dispute, object, delay or contest this action. If the
   defendants do they would be intentionally acting to violate the
   Plaintiff's constitutional, civil, and human rights.
   The Plaintiff seeks that the court orders that the defendants comply
   with this statement and be required to answer questions that support
   the Plaintiff's requests.
2. **This matter primarily stems from the CIA, and the NGA acting to
   retaliate against the Plaintiff because he made complaints of this
   entire matter to the defendants and others. The defendant's
   actions are acts of Whistleblower Retaliation. The Plaintiff would
   have and wouldn't be suffering from the actions throughout this
   complaint if it weren't because of the defendant's actions. The
   defendant's actions are acts of Whistleblower Retaliation. The
   Plaintiff would have and wouldn't be suffering from the actions
   throughout this complaint if it werent because of the defendant's
   actions.**
3. **This matter also stems from the Plaintiff contacting the CIA
   regarding the adverse effects of a procedure that the Alpharetta
   and Atlanta dentists illegally performed on the Plaintiff, and the
   defendant continues to ignore the Plaintiff's complaints and
   requests for assistance all to intentionally act in this matter and
   force the Plaintiff to present this complaint to clear his criminal
   arrests history. The dentists actions resulted in the Plaintiff have
   dental issues, that affecting his freedom of expression rights**

and causing him to live in extreme discomfort 24/7. In this matter, the Plaintiff also contacted the NRO and NGA for assistance because he has been made aware that the defendant acted in joint with the CIA in this matter as it did and continues to do in other actions throughout this complaint. The defendants have failed to respond to any of the Plaintiff complaint regarding this matter as it has in actions throughout this complaint.

4. The **defendant's actions as stated in this complaint have and continue to result in the unreasonable search and seizure of the Plaintiff's rights to have a home, not be homeless, own assets, to not have his career fail, the actions have also completely tarnished the Plaintiffs once perfect credit history.**
**This is and has affected the Plaintiff's employment relationships and opportunities, causing him to be denied credit, higher interest rates, not be able to buy, rent, or invest in real estate, and other related issues.**
**The plaintiff would not be suffering these injuries if the defendant wasn't committing these, wasn't acting negligently, or wasn't conspiring to do these acts.**

5. **Since the Plaintiff began to suffer from the defendant's actions, which resulted in him losing income as stated in this action. The Plaintiff has personal injuries and medical conditions. These injuries and conditions are causing the Plaintiff to live in extreme discomfort and could worsen because the Plaintiff has not been able to seek the healthcare needed to address them.**

**5.** The defendant's collective actions throughout this complaint prevented the Plaintiff from obtaining an attorney to assist him in the actions. The defendants were and are obligated to provide the Plaintiff the option of paid legal representation and if the defendants weren't committing actions that caused the Plaintiff financial hardship, he would have been able to afford an attorney to properly address the issues stated in and throughout this complaint. The Plaintiff has spent hundreds of hours doing legal research on this matter and preparing this motion.

The defendant violated the Plaintiffs client's attorney rights in all regards to

this complaint, this includes the defendant's actions resulting in the Plaintiff not being able to afford legal representation to defend himself in this matter and criminal actions brought against him.

6. The defendant's actions as stated in this complaint have prevented and are delaying Plaintiff in receiving his high school diploma from Penn Foster, Real Estate Brokers License, Builders License, and General Appraisors Certification for the last 3 years from the North Carolina Real Estate Board, Real Estates Brokers Licenses, and General Appraisors Certification to Alabama, Georgia, and Tennessee if the defendant was not and had not committed its acts.

These actions have set the Plaintiff back, are affecting his equal opportunity rights, cost him the loss of income and revenue, and will continue to affect the Plaintiff's equal opportunity rights.

The plaintiff seeks that this doesn't affect any of the requests throughout this complaint.

These actions are further aiding in the injuries the Plaintiff is suffering as stated throughout this complaint.

This is also because the defendant also acted in the Plaintiffs online accounts being hacked and is preventing the Plaintiff from continuing his education with Penn Foster and the North Carolina Real Estate Commission.

7. While suffering from acts throughout this complaint the Plaintiff's credit has been completely tarnished, which continues to affect the Plaintiff's fair credit reporting rights, equal employment opportunities, right to obtain new credit accounts, purchase homes, make investments, and is resulting in the Plaintiff suffering higher interest rates on credit accounts. Which continues to violate his constitutional and civil rights. The Plaintiff had a credit score of nearly 800 without any derogatory or adverse accounts or information until

the defendants acted to discriminate against him as stated in this complaint.

**The Plaintiff seeks that this doesn't affect any of the requests throughout this complaint.**

8. The defendant's collective actions affected all of the Plaintiff's credit, banking, car rental, and other accounts.

This caused the Plaintiff to not be able to open business or personal bank accounts, it has also affected the Plaintiff's car rental accounts with Hertz Rental, Enterprise Rental Car, Avis, Thrifty, and Budget Car Rental.

9. The defendant's collective actions as stated within this complaint prevented the Plaintiff from paying his personal and business taxes. Which has added to the failure of the plaintiff's career opportunities.

The plaintiff seeks that this doesn't affect any of the requests throughout this complaint.

10. As stated throughout this complaint, the Plaintiff has personal and financial injuries that he can't address because of the defendant's actions. This includes a knee injury that requires corrective surgery, injuries to his eyes because he has not been financially able to receive examinations nor medical attention which has caused the Plaintiff's eyesight to deteriorate and continues requiring corrective surgery, injuries to his growing which also requires corrective surgery, and back injuries. All of these injuries are negatively affecting the Plaintiff's quality of life, causing him 24/7 extreme discomforts, which continue to worsen daily and require corrective surgery. However, some could be irreparable or become irreparable, could cause him to become handicapped, unable to reproduce, and possibly die absent of this entire motion being granted. Additionally, because the Plaintiff has not been able to afford healthcare, checkups, or examinations because of the defendant's action the Plaintiff is certain that he has other medical conditions that need to be addressed.

- **The plaintiff seeks that any statements in this motion don't affect any of the requests throughout this complaint.**

- **The defendants acted to commit and are responsible for the actions throughout this complaint. Including the defendant's**

acts of negligence. The defendant's actions as outlined have resulted in the deprivation of the Plaintiffs constitutional, civil, human, and other rights. Therefore Plaintiff seeks that the defendants be ordered to stop all acts that are targeting to deprive Plaintiff of his constitutional, civil, and human rights in his requests for a restraining order in Exparte (or what is due and just) and all other requests that the court can grant per Plaintiff's request for a restraining order.

- THROUGHOUT ALL ACTIONS WITHIN AND RELATED TO THIS COMPLAINT THE DEFENDANTS HAVE AND CONTINUE TO COMMIT ACTIONS THAT ARE DEFINED AS BULLYING AND COERCION AND CONTINUE TO DEPRIVE THE PLAINTIFF OF HIS CONSTITUTIONAL, CIVIL, AND HUMAN RIGHTS. MOSTLY OUT OF ACTS OF WHISTLEBLOWER RETALIATION. THE PLAINTIFF SEEKS THAT THE DEFENDANTS BE ORDERED TO STOP AND PROTECT THE PLAINTIFF FROM THESE ACTIONS AND ANY RELATED ACTIONS IN EXPARTE WHERE LEGALLY POSSIBLE.
- THE DEFENDANTS ARE COMMITTING ACTIONS THROUGHOUT THIS COMPLAINT SO THAT THE PLAINTIFF WILL BRING THIS MATTER TO JUSTICE. NOT ONLY HAVE THE DEFENDANTS ADMITTED TO COMMITTING THESE ACTIONS BECAUSE OF THE PLAINTIFF'S CRIMINAL RECORD THE DEFENDANTS HAVE ALSO ADMITTED TO PREVENTING THE PLAINTIFF FROM DEFENDING HIMSELF IN THE LISTED CRIMINAL ACTIONS. Additionally, THE DEFENDANT'S ACTIONS ARE CONSISTENT WITH SUBJECTING THE PLAINTIFF TO FALSE IMPRISONMENT. THE CIA is admittedly the leader in this entire matter, however, the NGA. and NRO aided in all actions throught this complaint. Some actions throughout this complaint were and are being committed by the defendant(s) negligence, direct actions, conspiracy, and by and because of the defendant(s) leading cause of being involved in this matter.

**<u>ALL OF THE ABOVE AND WHERE APPLICABLE PLAINTIFF SEEKS A</u>**
**<u>DECLARATORY JUDGMENT, PRELIMINARY, CO-INJUNCTIVE</u>**
**<u>RELIEF, AND RESTRAINING ORDERS. ALL THROUGHOUT THIS</u>**
**<u>COMPLAINT.</u>**
**<u>THE PLAINTIFF IS TRYING TO DEFEND HIMSELF IN THE LISTED</u>**
**<u>CRIMINAL ACTIONS BROUGHT AGAINST HIM BY AND BECAUSE OF</u>**
**<u>THE DEFENDANTS.</u>**

**<u>THE DEFENDANTS HAVE MADE THE PLAINTIFF 100% AWARE OF</u>**
**<u>THEIR COLLECTIVE INVOLVEMENT IN THIS MATTER.</u>**

The plaintiff seeks that all regarding this motion be mediated in an emergency. **The plaintiff seeks that the courts award him his requests by applying for preliminary injunctive, declaratory, co-injunctive relief, and Restraining orders where best and legally applicable concerning this matter.**
**Additional requests in this motion.**

1. **The Plaintiff seeks that each defendant lead in helping him resolve this legal dispute through attempted alternative dispute resolutions and that he be allowed the necessary non-disclosure agreements that will allow him access to information needed to resolve this legal dispute.**
2. **Plaintiff seeks that the defendants be ordered to stop violating the Plaintiff's rights to receive security clearances since the defendants are aware that the Plaintiff is eligible. The plaintiff seeks that the court order the defendants to stop violating his rights in regard to security clearances in the court ordering that the defendants stop violating his rights in all regards in exparte.**
3. The Plaintiff seeks that the defendants allow the Plaintiff access to any records needed by the defendants without any redactions, or deception, and with full transparency to allow him

to resolve this matter in confidence. This is why the defendants committed and continue to commit actions throughout this complaint.

4. Plaintiff seeks that the court and the defendants completely delete his criminal record and the defendants ignore that he ever had one or has one. Or what is due and just.

5. Because the defendants are preventing the Plaintiff from defending himself in all criminal actions brought against him including the listed actions and because the defendants are preventing the Plaintiff from obtaining an attorney the Plaintiff seeks that the court award him an attorney to assist in these actions.

6. **The Plaintiff seeks that he and the defendant attempt to mediate, arbitrate, and resolve this motion, without a court order because the defendants are legally responsible for complying with the plaintiff's requests as they are requested.**  The defendants acted in statements concerning this matter that it will allow and comply with the Plaintiff's requests for expedited Alternative Dispute Resolutions. **Or what is due and just.**

7. **Plaintiff seeks that his criminal record be deleted by this action.**

8. **The plaintiff seeks that the defendants assist him in restoring his rights at the highest levels. The plaintiff seeks that the defendant and the court inform him of his rights in this regard and act to ensure that his rights are restored in the fastest way possible.**

9. The Plaintiff seeks that any stated in or related to this complaint does not prevent the plaintiff from being granted his requests as outlined within this motion.

10. Plaintiff seeks that he able to attempt to resolve all disputes related to the defendants actions through attempted expedited Alternative Dispute Resolutions or administratively.

11. Plaintiff seeks that he is allowed this complaint be attempted to be mediated, arbitrated, and resolved using Alternative

Dispute Resolutions within the Madison County, Alabama Jurisdiction because of the Plaintiff's inability to travel because the defendant's actions have resulted in his financial hardship as stated throughout this complaint. Preferably even if only in part virtually and using online portals.

12.   The defendants have acted in or stated that they will not dispute, delay or object this action/matter nor its final outcome and that it will not oppose this action being ruled on in the Plaintiffs favor. Plaintiff seeks that the courts order that the defendants comply.

**13.**   If the court isn't able to grant the Plaintiff top-secret security clearances, the Plaintiff seeks that the defendant grants him interim top-secret security clearances or non-disclosure agreements that will allow him access to information necessary to resolve this dispute.

**14.   The Plaintiff seeks that the defendants provide him with discoveries/records of its actions within and all related to this complaint and their leading cause of actions, explaining why they committed and allowed the actions within and related to this complaint. Because the Plaintiff isn't certain of laws or rules involving non-disclosure agreements, he also requests to be legally able to sue or seek compensation from other federal and government components related to the defendant's actions.**

**15.**   The Plaintiff seeks that the judge and the defendants inform him of his rights concerning this matter and all stated throughout this complaint.

**16.   The Plaintiff seeks that there isn't a need for background checks or investigations to prevent delays from stopping the defendants from violating his rights.**

**17.**   The Plaintiff also seeks that court orders that the defendants award him an attorney or that the judge appoint him an attorney to help him redraft or amend this complaint before dismissing the entire case and awarding the Plaintiff relief where the court is legally able without dismissing this entire motion.

18. The Plaintiff seeks that the judge and or defendants award the Plaintiff attorneys and mediators to help in this matter. Alternatively, the Plaintiff seeks that the judge award a pro bono attorney and mediators to assist in this matter.

19. Plaintiff seeks in this motion that con injunctive actions be applied where necessary. And award the Plaintiff's requests for relief where the judge is legally able.

20. The Plaintiff seeks in this motion primarily to be allowed Non-Disclosure Agreements that allow him access to classified information related to this matter and to clear his criminal record.

21. The Plaintiff also seeks protection from this matter and all related through nondisclosure agreements with the defendants and the court.

22. The Plaintiff seeks that the judge orders that this matter be ruled on preliminarily and order mediation, arbitration, and other Alternative Dispute Resolutions in an emergency fashion to prevent unnecessary delays in stopping the violations of his rights.

23. The Plaintiff seeks that any negative information regarding him in Public, Private, and any other regard is ordered to be permanently deleted nor any related to the complaint to never be used to negatively affect Plaintiff in any way. Or what is due and just.

24. The Plaintiff seeks that the Judge orders this entire complaint be ruled in his favor where possible as a permanent, preliminary injunction and as a restraining order in an emergency ruling. Or Whats due and just and or in the best interest of the Plaintiff.

25. **The plaintiff seeks that the defendants allow the requests throughout this complaint or that the judge orders the defendant to do so.**

26. **The Plaintiff seeks that the court order that the defendants stop all violations of his rights related to this matter in the Plaintiff's request for a restraining order.**

**27.    The plaintiff also seeks that the defendants be forced to comply with any laws that support the plaintiff's requests because each defendant is aware of and that those laws support the plaintiff's requests.**

28.    Plaintiff seeks that the defendants comply with any laws that the Plaintiff has not listed in this complaint that will aid in the Plaintiff's request being granted.

29.    The plaintiff seeks that the judge order that the defendants comply with and pass along the Plaintiff's eligibilities to each defendant in this matter to have his requests throughout this complaint granted.

30.    **The** Plaintiff also seeks that the initial and or final resolve of this matter be handled through online and virtual portals. Whether in whole or in part. Plaintiff seeks this request to expedite the resolution of this matter and stop the violations of his rights as stated throughout this complaint.

**31.    The Plaintiff seeks that the judge and or the defendants clear his criminal arrest history, aid him in restoring his rights at the highest level, and protect him from being denied any related to the statements and requests throughout this complaint.**

**32.    Plaintiff seeks that the court orders that the defendants take and allow actions necessary to give Plaintiff confidence that this matter will not happen again in the future.**

**33.    The plaintiff seeks that the defendants stop all methods of harassing communications, bullying, cyber-attacks, stalking, and discrimination as they have been doing throughout and in relation to this entire complaint.**

34.    The plaintiff seeks that the Judge and the Defendants award all that they are legally able to without dismissing or denying all the plaintiff's requests.

35.    Plaintiff seeks that the courts order that the defendants provide him equal protection of the law from all that are acting in, could act in or have acted in concert with the defendants and

also provide the Plaintiff with the leading cause of actions
related to the defendants and others that are, have, and could
act with the defendants in the Plaintiffs requests for declaratory
relief, preliminary injunctive relief, temporary restraining orders,
and con injunctive actions. The plaintiff also makes these
requests to expedite the resolution of this entire matter and stop
the direct violations of his constitutional, civil, and human rights.
The plaintiff makes this request and others to stop all direct
targeting to violate his constitutional, civil, human, and other
rights. Plaintiff also seeks in requests throughout this case that
the defendants comply with Plaintiff's requests and all be also
protected by the Servicemembers Civil Relief Act protecting
Plaintiff's requests throughout this complaint. The defendants
are fully aware of the Plaintiff's eligibilities. The plaintiff seeks
that these requests be made in exparte where due and just
without dismissing this entire complaint or other request.

36.    The plaintiff seeks that NRO provides the Plaintiffs with
unredacted discoveries and records of all that acted in the
leading cause of its actions and the other defendant's actions
and of those that acted with each of the defendants. The
plaintiff also makes this request because the defendants are a
part of the NRO programs, the NRO provides the defendants
with their signals and data in relation to this matter. Plaintiff
seeks that his requests for unredacted discoveries, records,
and non-disclosure agreements from the other defendants be
supported by the NRO.

37.    Plaintiff seeks that the CIA allows him negotiated contracts
with its agency.

38.    The defendants acted to legally default on lawsuits that
Plaintiff filed against them. Therefore, the defendants do not
have legal rights to dispute, object, delay, or contest this action.
If the defendants do they would be intentionally acting to violate
the Plaintiff's constitutional, civil, and human rights. The Plaintiff
seeks that the court orders that the defendants comply with this

statement and be required to answer questions that support the Plaintiff's requests.

39.    The Plaintiff seeks in this request that the defendants stop acts of depriving the Plaintiff of his constitutional, civil and human rights and other rights. And stop all related acts of harassing communications thats causing the Plaintiff to live in torture. This includes undisclosed methods of harassing communications, stalking, profiling and acts of discrimination.

**Plaintiff is likely to suffer irreparable harm in the absence of his requests for relief**

A. If this motion is not granted, enforcing that the defendants stop all unethical, illegal acts and stop the violations of Plaintiff's rights, Plaintiff could continue to suffer from the acts throughout this complaint.

B. If this motion is not granted the Plaintiff will suffer from homelessness, starvation, lack of necessities, and healthcare which will result in injuries, permanent injuries, and possibly death.

C. If this motion isn't granted enforcing that the defendants stop all illegal acts as stated and requested within this complaint. The Plaintiff will suffer from homelessness, starvation, and lack of necessities including healthcare that could result in life-threatening medical conditions and allow the defendants to continue their unlawful acts.

D. If this motion is not granted enforcing that the defendants stop all acts of discrimination including discriminating against the Plaintiff in denying him the right to receive nondisclosure relationships with the defendants the Plaintiff may never be able to resolve this legal dispute. Which will also continue to negatively affect the Plaintiff's future and cause him to continue to be a victim of the defendant's actions.

E. If this motion is not granted enforcing that the Plaintiff is allowed discoveries and records of the defendant's actions and enforce that the Plaintiff has the right to seek compensation from other components and agencies of the USA after establishing a formal Non-Disclosure agreement, he might not be able to exercise his rights to compensation. This will affect the Plaintiff's confidence in

completely resolving this matter. The plaintiff make this request because he is sure if he will have agree not to sue the USA or components if his requests are granted and because he isnt certain of what other entities acted or are acting with the defendants.

F. If this motion isn't granted enforcing that the defendants allow him the Plaintiff's non-disclosure relationships in an emergency without delays he will not be able to resolve this matter because of the defendant's actions as stated. This will also allow the defendants to continue their acts for longer and unnecessary periods.

G. If this motion is not granted ordering that the defendants comply to his requests and stop acts throughout this motion the Plaintiff will suffer from violations of his civil liberties and continue to defame the Plaintiffs character and ruin his relationships.

H. If this motion is not granted the Plaintiff will continue to suffer from fair credit rights violations, high interest rates, denied loans, housing and will affect his employment and other opportunities for years or forever.

I. If this request is not granted it will allow the defendants to continue to act in the Plaintiff being worried about his well-being.

J. If this motion is not ordered enforcing that the defendants allow Plaintiff's non-disclosures and or other necessary relations to resolve this matter and that he is eligible without any incident, Plaintiff will continue to suffer from the injuries stated in this motion..

K. If this motion isnt granted enforcing that the defendants comply to laws that protect the Plaintiffs' requests in this motion. (Even if the laws aren't listed but protect his requests. The defendant could continue to violate laws and violate the Plaintiff's human, civil and constitutional rights.

L. If this motion isn't granted enforcing that the Plaintiff is provided with protection from the defendants in his requests for a restraining order will continue the Plaintiff's stress, fears, depression, torture, and violations to his civil and constitutional rights.

M. If this motion isn't granted enforcing that the defendants comply with the Plaintiff's requests in the restraining order, preliminary, declaratory relief, mediation, arbitration, and other method of Alternative Dispute Resolutions. The Plaintiff will be exposed, his safety will forever be

jeopardized and he will subjected to the acts including injuries, and violations of his rights for longer periods. And will allow the defendants and the defendants to continue to violate laws stated in and in connection to this motion.

N. If this motion is not granted the Plaintiff will not be able to receive the proper healthcare necessary to correct injuries that he has and cannot afford because of the defendant's actions. Which could result in the Plaintiff being forever handicapped and or suffering death as a result.

O. If this motion is not granted, enforcing that the defendants provide the Plaintiff with the protection of the law and his rights and stop all illegal proceedings including criminal in accordance with the applicable laws the Plaintiff will continue to illegally suffer from violations of his rights including the false convictions, equal employment, leasing and other opportunities.

P. If this motion isn't granted enforcing that the defendant's or the judge clear his criminal record he will forever continue to suffer from the actions within this motion.

Q. If this motion is not granted, enforcing that the Plaintiff's rights be restored by this action and with the defendants, the Plaintiff will affect the Plaintiff's confidence in this matter.

R. If this motion is not granted the Plaintiff will not be able to seek fair compensation for the financial, personal, and other injuries he suffered and is suffering because of the defendants.

S. If this motion isn't granted enforcing that the defendants provide him with equal protection of the law as set forth he will continue to suffer from acts throughout this motion and violations of his constitutional and civil rights.

T. Because the defendant's actions have and continue to cause the Plaintiff extreme financial hardship he is unable to afford an attorney, if the court doesn't award the Plaintiff his requests for attorneys and Alternative Dispute Resolution Specialists to resolve this matter he will not be able to resolve this matter.

U. If this motion isn't granted enforcing that the court or the defendants clear his criminal record he will forever continue to suffer from the

actions within this motion. violations of his equal employment opportunities, business opportunities, education opportunities, and fair housing rights, prevent him from renting property and it will also continue to defame his character and ruin his relationships.

V. If this motion isn't granted enforcing that the defendants comply with the Plaintiff's eligibilities in accordance with his requests within this motion and that the defendant informs all necessary to ensure the Plaintiff receives fair justice in this matter

The defendants will be allowed to commit acts prohibited by laws.

**The Public Interest Favors Issuing The Declaratory, Permanent, and Preliminary Injunction and Restraining Order:** The defendant's actions are not only discrimination but retaliatory. And because the Plaintiff's criminal history is illegal and as a result false and negative information about the Plaintiff is not only on GOOGLE, BING, and other searchables and public records which is not best interest in the Public trusting the ethics of the defendants.  It's not in the public's interest to know that the defendants are committing the action within this motion. Additionally, because of the nature of the defendant's the Plaintiff feels that resolving this matter is in the public best interests.

**CONCLUSION**

The defendants are committing these acts intentionally so that the Plaintiff would bring this matter before this court. The defendant's actions are delaying the Plaintiff a resolution to this matter and are violating the plaintiff's constitutional, civil, and human rights. The defendants conspired to and or allowed the Plaintiff to be falsely arrested and convicted on multiple occasions so that he would clear his criminal record and be eligible for protected non-disclosure agreements and receive discoveries and records of the defendant's actions stated within this complaint and the defendants leading cause of actions and so that he would be able to gain access to classified information related to this matter. The defendant's acts became intentional and negligent in all regards to this complaint and are fully responsible for the actions within this complaint. The defendants are also responsible for protecting and upholding the US Constitution which Plaintiff seeks that Defendants comply with. Additionally, all within this

complaint are verifiable by the defendant's requirements to keep records of their activities of the actions stated in this motion. The defendants lacks legal rights to successfully dispute the requests within this complaint and would be intentionally trying to and conspiring to violate the Plaintiff's civil rights as the defendant is fully aware are being violated because of the Plaintiff's complaints made to the defendant. The defendants are committing action related to the Plaintiffs criminal history so that the Plaintiff can present this present this complaint in accordance.

The plaintiff seeks that the court orders that the defendants comply with the promises and legal obligations as stated in this complaint and related to this complaint, Civil Rights Acts, US Consitution, and other laws that protect against discrimination.

**FACTUAL BACKGROUND**

The defendants' actions are intentional, willful, and ongoing.

**LEGAL STANDARDS**

The United States Constitution, Civil Rights Acts, Human Rights Acts, and other laws provide that the defendants including the USA are not to allow nor interfere, deprive any natural-born United States Of America citizen of their constitutional, civil, human, or any other civil liberties. The US Constitution provides that no citizen is to be discriminated against and that all citizens are to be treated equally. The defendant's actions are resulting in the violation of most of the Plaintiff's constitutional rights and his other rights concerning this motion. The Plaintiff with all protecting laws should not have any trace of any criminal history nor any derogatory information whatsoever including any in public records.

**Argument**

In determining whether to issue preliminary injunctive relief, courts evaluate: 1) the plaintiff's reasonable likelihood of success on the merits; 2) the potential for irreparable harm to the plaintiff if the injunction is denied; 8) the balance of relevant harms, i.e., the hardship to the defendants will not be affected by this motion, however, will continue to allow the hardship to the plaintiff if this injunction isn't issued and or restraining orders are not issued; and 4)

Plaintiffs have a strong likelihood of success on the merits.

Plaintiffs have a strong likelihood of success of the defendant's claims and statements because of the nature of this matter, recording keeping requirements by all government entities, and because Plaintiff has enough evidence to include the identity of witnesses and statements to prove any legal dispute against the defendants.

Please request further information if needed to prove and grant this motion before denying

## REQUEST FOR RELIEF

**Wherefore, Allen Okechukwu Caudle requests judgments as followings:**

A. Enforce that the defendants provide the Plaintiff with protected non-disclosures to resolve this legal dispute and that all related be mediated. And that the defendant allows him access to any classified information needed to resolve this dispute.

B. Enforce that the defendants assist him in resolving this legal dispute.

C. Enforce all that's due and just throughout this complaint and in the Plaintiff's best interests.

D. Plaintiff seeks that the judge and or the defendants provide Plaintiff with his rights in this matter, including any resolving these legal disputes and seeking compensation.

E. Enforce that the Plaintiff's criminal record be completely deleted. As stated in this complaint. Or what's due and just.

F. Enforce that in his relationships with the defendant, the defendant assists him in restoring his rights in an emergency fashion or what is due and just. To assure his confidence in this matter is completely resolved.

G. Enforce that the defendants act by following laws that protect the Plaintiff's requests, including those that they are aware of and laws that protect the Plaintiff's requests for default judgments.

H. Enforce that all parties attempt to mediate this matter, before the during the final resolution, in an emergency fashion.

I. **Enforce what the judge and defendants are legally able to enforce in relation to the statements and requests made within this complaint or whats due and just.**

J. Inform the Plaintiff of the defendant's legal obligations to him and or enforce that the defendant informs him of their legal obligations to him. Or what is due and just.

K. Enforce what's due and just throughout this complaint.

L. Enforce that the defendants stop violating the Plaintiff's rights concerning all involved in this action and that the defendant stop any involved in this action from violating his constitutional, civil, human, and other rights.

M. **Enforce that the defendants provide the Plaintiff records and discoveries of their activities related to this complaint and of the defendant's leading cause of actions.**

N. **Enforce that the defendants protect the Plaintiff from any acts targeting to violate his rights.**

O. **Plaintiff seeks that the court request information if needed, including the identities and statements of those who acted and are acting with the defendants to commit the actions stated within and related to this complaint. The plaintiff particularly seeks that this information be requested if the defendants does not comply with his requests, object, or delay the resolution of this matter.**

P. Award the Plaintiff an attorney to assist him in this matter.

Respectfully submitted, _____

Allen Okechukwu Caudle

3214 Rosedale Drive NW Huntsville, AL 35810

770 354 5775 alc78726@gmail.com

Plaintiffs Name Allen Okechukwu Caudle

Pursuant to the applicable laws

The Attached statement does not need to designed signed by notary, provided it contains the

following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024



**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS

Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

A motion requesting that this court allows formal email communications and other forms and methods of communication with the defendant and or its attorneys in this complaint.

The Plaintiff makes this request on the basis that sending actions related through mail could violate his privacy and his relationship with the defendant.

Which could cause him grave harm.

Allen Caudle 2-18-2024

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO
Requests for an emergency ruling, mediation, arbitration, alternative

dispute resolution, and or hearing.

The Plaintiff seeks this request on the ground that the Plaintiff's

constitutional and civil rights will be violated for extended periods if this

motion isn't granted

Allen Caudle 2-18-2024

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

The plaintiff motions the court requesting that the Judge enforce that **all parties mediate** this case in an emergency ruling and where necessary serve the defendants immediately and in an emergency fashion.

> Plaintiff submits this request to prevent delays in resolving this dispute, to avoid exsposing of his relationship with the defendants, to protect his privacy, and to prevent further violations of his constitutional, civil, and human rights. and because Plaintiff isn't able to afford the cost of sending motions to the courts by mail or with an attorney because of the defendant's actions. Additionally, the defendants have agreed to allow this matter to be attempted to be resolved through Alternative Dispute Resolutions.

A. The Plaintiff moves the court in this request because his constitutional, civil, and other rights are being violated every day this complaint and matter is not resolved. Additionally, the defendant's actions have resulted in the Plaintiff being homeless, and having health issues that are causing him to live in extreme discomfort and deteriorating health.

B. **Absent of this motion the Plaintiff is certain that he could suffer irreparable harm to his person and or possibly worse.**

C. **Absent of this motion the Plaintiff is certain that he will continue to suffer from violations to his fair housing, fair credit reporting, and other rights for longer periods.**

D. **Absent of this motion Plaintiff will cause the Plaintiff to suffer because the defendant has subjected him to financial hardship.**

**\* (The Plaintiff seeks that the judge grants what it can within and related to this motion without dismissing the entire motion. Or order that Plaintiff redraft this motion if necessary to correct any misunderstanding.)**

**Allen Okechukwu Caudle 2-18-2024**

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

Motion requesting that the court allows the Plaintiff and the defendant attempt to resolve this matter using Video Conferences such as zoom in an emergency fashion.

This request will expedite the resolution of this dispute, allow the Plaintiff to protect his privacy, and prevent unnecessary violations of his constitutional, civil, human, and other rights.

The request will also allow the Plaintiff a resolution to this matter. Because he is financially unable to afford the cost of traveling to resolve this legal dispute.

Allen Caudle
2-18-2024

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

Motion requesting that court orders that the defendants be served in an emergency by the US Marshalls.

This will prevent the Plaintiff from suffering from violations of constitutional and civil liberties because of the defendants in this matter.

Allen Caudle
2-18-2024

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

Plaintiff presents this motion requesting that the defendant be ordered to

comply with the Plaintiff's requests for records and discoveries in an

emergency fashion and fast as possible.

This request being granted will prevent the Plaintiff from suffering from the

defendant's actions which are violating the Plaintiff, constitutional, civil, and

human rights. Allen Caudle

2-18-2024

**United States District Court Northern Georgia**

Case Number:


Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA




Motion requesting that defendants comply to his requests for default judgments on the grounds that the statements the Plaintiff has made throughout this complaint are true and or on the grounds that the defendants defaulted and or conspired to defaulting on lawsuits related to this matter which led to the Plaintiff suffering from injuries stated throughout this complaint within 14 days, preferably immediately.

The Attached statement does not need to designed signed by notary, provided it contains the
following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024


Allen Caudle

**United States District Court Northern Georgia**

Case Number:


Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO



Request to file this case under seal.



Allen Caudle
2-18-2024

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA
National Geospatial Intelligence Agency=NGA
National Reconnaissance Office=NRO

Motion requesting that the court appoints the Plaintiff a pro bono attorney and an Alternative Dispute Resolution Specialist to assist in this matter.

Plaintiff moves the court to grant him this request because the defendant's actions have not only subjected the Plaintiff to financial hardship which is preventing the Plaintiff from obtaining an attorney but also because the defendant's acts of cyberstalking, wiretaps, and harassing communications and are preventing the Plaintiff from obtaining an attorney whatsoever. Additionally, because of the defendants every attorney that the Plaintiff contacts express a conflict of interest.

The Attached statement does not need to designed signed by notary, provided it contains the
following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

Allen Caudle

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
National Geospatial Intelligence Agency=NGA

Motion requesting that the defendants to comply and or the courts the defendants comply to this requests for default judgments on the grounds that the statements the Plaintiff has made throughout this complaint are true and or on the grounds that the defendants defaulted and or conspired to defaulting on lawsuits related to this matter which led to the Plaintiff suffering from injuries stated throughout this complaint within 14 days, but preferably immediately.

The Attached statement does not need to designed signed by notary, provided it contains the
following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

Allen Caudle



**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
Central Intelligence Agency=CIA

Motion requesting that the defendants to comply and or the courts the defendants comply to this requests for default judgments on the grounds that the statements the Plaintiff has made throughout this complaint are true and or on the grounds that the defendants defaulted and or conspired to defaulting on lawsuits related to this matter which led to the Plaintiff suffering from injuries stated throughout this complaint within 14 days, but preferably immediately.

The Attached statement does not need to designed signed by notary, provided it contains the
following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

Allen Caudle

**United States District Court Northern Georgia**

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS
National Recconaissance Office=NRO

Motion requesting that the defendants to comply and or the courts the defendants comply to this requests for default judgments on the grounds that the statements the Plaintiff has made throughout this complaint are true and or on the grounds that the defendants defaulted and or conspired to defaulting on lawsuits related to this matter which led to the Plaintiff suffering from injuries stated throughout this complaint within 14 days, but preferably immediately.

The Attached statement does not need to designed signed by notary, provided it contains the
following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

Allen Caudle

United States District Court Northern Georgia
Case Number:
Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810
Plaintiff
VS
National Geospatial-Intelligence Agency=NGA
The motion requests that the courts enter default judgments against the defendants on the grounds that the defendants legally defaulted on actions related to action, and or that the defendants committing all actions throughout this complaint and all statements made by the Plaintiff against the defendants are true.

These requests are supported by Federal Rule of Civil Procedure 55 A, b,c and or D, 18 U.S. Code § 875 A,b,c,e, and the United States Constitution.

The Attached statement does not need to designed signed by notary, provided it contains the
following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

United States District Court Northern Georgia

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS

National Reconnaissance Office=NRO

The motion requests that the courts enter default judgments against the defendants on the grounds that the defendants legally defaulted on actions related to action, and or that the defendants committing all actions throughout this complaint and all statements made by the Plaintiff against the defendants are true.

These requests are supported by Federal Rule of Civil Procedure 55 A, b,c and or D, 18 U.S. Code § 875 A,b,c,e, and the United States Constitution.

The Attached statement does not need to designed signed by notary, provided it contains the

following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

United States District Court Northern Georgia

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS

Central Intelligence Agency-CIA

The motion requests that the courts enter default judgments against the defendants on the grounds that the defendants legally defaulted on actions related to action, and or that the defendants committing all actions throughout this complaint and all statements made by the Plaintiff against the defendants are true.

These requests are supported by Federal Rule of Civil Procedure 55 A, b,c and or D, 18 U.S. Code § 875 A,b,c,e, and the United States Constitution.

The Attached statement does not need to designed signed by notary, provided it contains the

following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024

United States District Court Northern Georgia

Case Number:

Allen Okechukwu Caudle 3214 Rosedale Dr. NW Huntsville, AL 35810

Plaintiff

VS

National Geospatial-Intelligence Agency=NGA

Central Intelligence Agency-CIA

National Reconnaissance Office-NRO

A motion requesting that the Plaintiff's request for TRO, Preliminary Injunctive Relief, and or con injunctive actions for sums of money be placed in the Department Of Treasury in an emergency fashion to avoid unnecessary violations of the Plaintiff's constitutional, civil, and human rights and the Plaintiff from suffering from medical conditions that will worsen and could cause him death and or to be forever handicapped. And to prevent the defendants from violating laws that protect the Plaintiff's requests including the United States Constitution and other applicable laws, including the taking clause.

The Attached statement does not need to designed signed by notary, provided it contains the

following language I declare (or certify, verify or state) under penalty or perjury that the foregoing is true and correct. Executed 2-18-2024